**Electronically Filed
Supreme Court
SCWC-10-0000077
26-JAN-2015
10:23 AM**

SCWC-10-0000077

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the Grievance Arbitration Between

STATE OF HAWAII ORGANIZATION OF POLICE OFFICERS (SHOPO),
exclusive representative for Bargaining Unit 12, Police,
on behalf of SHELLY L. RODRIGUES, JAMES A. RODRIGUEZ,
and SHANE Y. SOKEI,
Respondents/Grievants-Appellants,

and

COUNTY OF KAUAʻI, and KAUAʻI POLICE DEPARTMENT,
Petitioners/Employers-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000077; S.P. NO. 09-1-0031)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Employers-Appellees County of Kauaʻi and

Kauaʻi Police Department's Application for Writ of Certiorari,

filed on December 30, 2014, is hereby accepted and will be

scheduled for oral argument. The parties will be notified by the

appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 26, 2015.

Mauna Kea Trask                    /s/ Mark E. Recktenwald
for petitioner
                                   /s/ Paula A. Nakayama
Vladimir Devens
for respondent                     /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson

